UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL MEDIA NETWORK; WILLIAM SCALES,

                Plaintiffs,

-against-

TIDAL,

                Defendant.

1:25-CV-6161 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      In an order dated September 11, 2025, the Court barred Plaintiff William Scales from filing any future civil action in this court *in forma pauperis* ("IFP"), either in his own name or in his companies' names (including Plaintiff Global Media Network), without first obtaining from the court leave to file. *Global Media Network v. Pandora*, ECF 1:25-CV-5555, 7 (S.D.N.Y. Sept. 11, 2025). That order made it clear that that filing injunction applies to any type of civil action mentioned above that was filed as of July 23, 2025. *Id.* On July 24, 2025—one day after the effective date of the abovementioned filing injunction—Plaintiff William Scales filed this new *pro se* civil action in this court, in his name and in his company's name (Plaintiff Global Media Network). Plaintiff Scales has filed this action, but has not paid the fees to bring this action nor filed an IFP application. The Court therefore understands that Plaintiffs Scales and Global Media Network are attempting to proceed IFP. Plaintiff Scales has not, however, sought leave from the court to file this action. The Court therefore dismisses this action without prejudice for Plaintiff Scales's failure to comply with the Court's September 11, 2025 order in *Global Media Network*, ECF 1:25-CV-5555, 7.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: September 22, 2025
 New York, New York

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge