UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL MEDIA NETWORK; WILLIAM SCALES,<br><br>                                  Plaintiffs,<br><br>             -against-<br><br>TIDAL,<br><br>                                  Defendant. | 25-cv-6161 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 22, 2025, order, this action is dismissed without prejudice for Plaintiff Scales's failure to comply with the Court's September 11, 2025 order in *Global Media Network*, ECF 1:25-CV-5555, 7.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 23, 2025
            New York, New York

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              Chief United States District Judge